```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                     EL DORADO DIVISION
```

UNITED FIRE & CASUALTY CO.                                PLAINTIFF

v.                        Civil No. 07-1009

EVERS & WHATLEY ELECTRIC, INC.,
WILLIAM FOGLE, AND JOHN HUITT                            DEFENDANTS

## JUDGMENT

NOW on this 1st day of May 2008, in the above-referenced matter, comes on for this Court's consideration Defendant John Huitt's Motion for Summary Judgment (document #36), Plaintiff United Fire's Cross-Motion for Summary Judgment (document #39), and the responses thereto. For the reasons set forth in the Court's Order of this date, the Court finds that Plaintiff United Fire's Cross-Motion for Summary Judgment (document #39) should be, and it hereby is, **DENIED**, and Defendant John Huitt's Motion for Summary Judgment (document #36) should be, and it hereby is, **GRANTED**.

Further, **judgment should be, and it hereby is, entered in favor of Defendants John Huitt, William Fogle, and Evers & Whatley Electric, Inc. and against United Fire & Casualty Company**; and **United Fire's complaint** is **dismissed with prejudice**.

IT IS SO ORDERED.

                              /s/ Jimm Larry Hendren
                              **JIMM LARRY HENDREN**
                              **UNITED STATES DISTRICT JUDGE**